**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Louis L. Robein  Jr.
Attorney at Law
2540 Severn Avenue, #400
Metairie LA 70002


**REHEARING ACTION: January 16, 2008**

**Docket Number: 07   00755-CA**

**LAFAYETTE PROFESSIONAL FIREFIGHTERS ASSOC., ET AL.**
**VERSUS**
**LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT**

**Appealed from Lafayette Parish Case No. 20050585**


<u>**BEFORE JUDGES**</u>**:**

>  **Hon. John D. Saunders**
>  **Hon. Oswald A. Decuir**
>  **Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Lafayette Professional Firefighters Assoc., et al.** has this day been

>  **DENIED.**


cc: Greg Guidry, Counsel for the Appellant
    Patrick S. Ottinger, Counsel for the Appellant
    Michael Gonzales Durand, Counsel for the Appellant